UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: **DONALD STUART FAIL**　　　　　CASE NUMBER: **8:20-bk-08934-CPM**
　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　Debtors.
_____/

## MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY AND ATTORNEY FEES UNDER 11 U.S.C. 722

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within TWENTY ONE [21] days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa, FL 33602 and serve a copy on the movant's attorney, Carolyn Secor, Esq., 2451 N. McMullen Booth Rd., Suite 200, Clearwater, FL 33759, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Now come the Debtor(s), Donald Stuart Fail, by and through undersigned counsel, and moves the Court pursuant to 11 U.S.C. 722 and Bankruptcy Rule 6008 for a Redemption Order on the following grounds:

1. The item to be redeemed is tangible personal property intended primarily for personal, family or household use is more particularly described as follows:

　　　　2016　　Chevrolet Cruze Limited, VIN # 1G1PE5SB7G7151200

2. The interest of the Debtor in such property is exempt or has been abandoned by the estate and the debt (which is secured by said property to the extent of the allowed secured claim of the Creditor Santander Consumer USA, Inc.) is a dischargeable consumer debt.

3. The allowed secured claim of Creditor Santander Consumer USA, Inc. for purposed of redemption, the "redemption value", should be determined to be not more than $4,844.00 as evidenced by the attached written appraisal (see exhibit "A").

4. Arrangements have been made by the Debtor to pay to the Creditor Santander Consumer USA, Inc. up to the aforesaid amount in a lump sum should the motion be granted.

5. The payment for the proposed redemption is to be financed through Prizm Financial Co. LLC, with all of the particulars of that financing (interest rate, finance charge, amount financed, total of payments, amount of payments, etc.) set forth in full detail in the attachment(s) hereto in exhibit "B". As demonstrated there, the monthly amount, term of the payment and the overall amount of the repayment will be decreased significantly through the proposed redemption. Moreover, the Debtor has agreed to borrow and disperse additional funds in the amount of $700.00, from their loan with Prizm Financial Co. LLC, for representation of the debtor in securing for the benefit of the debtor an order granting the debtor the right to redeem under 11 U.S.C. 722 a certain motor vehicle, such compensation being in addition to that previously disclosed and being for services rendered beyond the scope of the legal services to have been rendered for such compensation heretofore disclosed.

WHEREFORE, the Debtor respectfully requests that this Honorable Court to order the Creditor Santander Consumer USA, Inc. to accept from the Debtor the lump sum payment of the redemption value and release their lien of record. In the event the Creditor Santander Consumer USA, Inc. objects to this motion, the Debtor requests the Court to determine the value of the property as of the time of the hearing on such objection.

/s/ Carolyn Secor
Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Motion for Authority to Redeem Personal Property and Attorney Fees Under 11 U.S.C. 722 has been furnished electronically or by United States mail on the 5th day of January, 2021, to Angela Welch, Chapter 7 Trustee, 12157 West Linebaugh Avenue, PMB 401, Tampa, FL 33626; United States Trustee, 501 E. Polk Street, Tampa, Florida 33602; and to the creditors listed below.

Santander Consumer USA Inc.
c/o Stewart, Zlimen & Jungers, Ltd.
2860 Patton Rd.
Roseville, MN 55113
(via certified mail)

Santander Consumer USA Inc.
PO Box 660633
Dallas, TX 75266
(via certified mail)

Santander Consumer USA Inc.
Attn: Mahesh Aditya, CEO
1601 Elm Street, Suite 800
Dallas, TX 75201
(via certified mail)

CT Corporation System
Agent for Santander Consumer USA Inc.
1200 South Pine Island Road
Plantation, FL 33324
(via certified mail)

/s/ Carolyn Secor
Attorney for Debtor(s)
FBN: 0495441
2451 N. McMullen Booth Rd.
Suite 200
Clearwater, Florida 33759
(727) 254-1704
carolyn@bankruptcyfortampa.com

## DECLARATION

The undersigned Debtor named in the foregoing Motion for Authority to Redeem Personal Property and Approval of Associated Financing and Attorney Fees Under 11 U.S.C. 722 hereby makes solemn oath and declares under penalty of perjury that the statements and figures contained therein are true and correct to the best of the Debtor's knowledge, information and belief.

1/5/21
Date

Donald Stuart Fail