
*Exhibit "A"* (handwritten)

Prepared As Of: 12/23/2020 12:00:00 AM

| Field | Value |
|---|---|
| Owner Name: | Donald Fail |
| Vehicle Description: | 2016 Chevrolet Cruze Limited Sedan 4D LT |
| Serial Number (VIN): | 1G1PE5SB7G7151200 |
| Mileage: | 106,001 |
| Plate: | |
| Color: | Blue |

| Feature | No | Yes | Feature | No | Yes | Feature | No | Yes |
|---|---|---|---|---|---|---|---|---|
| Cruise Control | ☐ | ☒ | Leather Interior | ☒ | ☐ | Radio | ☐ | ☒ |
| Theft Deterrent | ☒ | ☐ | Manual | ☒ | ☐ | Automatic | ☐ | ☒ |
| Power Windows | ☐ | ☒ | Heated Seats | ☒ | ☐ | 4WD/AWD | ☒ | ☐ |
| Power Seats | ☒ | ☐ | Air Conditioning | ☐ | ☒ | 3rd Row Seating | ☒ | ☐ |
| Power Door Locks | ☐ | ☒ | Power Sunroof | ☒ | ☐ | Rear Entertainment | ☒ | ☐ |

Other Items:

| Item | Good | Fair | Poor | Item | Good | Fair | Poor |
|---|---|---|---|---|---|---|---|
| Grill | ☐ | ☒ | ☐ | Left Fender | ☐ | ☒ | ☐ |
| Front Bumper | ☐ | ☒ | ☐ | Left Door | ☐ | ☒ | ☐ |
| Hood | ☐ | ☒ | ☐ | Left Quarter Panel | ☐ | ☒ | ☐ |
| Right Fender | ☐ | ☒ | ☐ | Interior | ☐ | ☐ | ☒ |
| Right Door | ☐ | ☒ | ☐ | Engine | ☐ | ☒ | ☐ |
| Right Quarter Panel | ☐ | ☒ | ☐ | Brakes | ☐ | ☒ | ☐ |
| Lights | ☐ | ☒ | ☐ | Paint Finish | ☐ | ☒ | ☐ |
| Rear Bumper | ☐ | ☒ | ☐ | Tires | ☐ | ☐ | ☒ |
| Roof | ☐ | ☒ | ☐ | | | | |

Comments: Interior stained, tires need to be replaced

## Valuation Report: Based on Edmunds Retail

| | Value |
|---|---|
| Average Base Value: | $5,944.00 |
| Mileage Class: Average: | |
| Add-ons/Deducts: | |
| Interior Reconditioning | -$500.00 |
| Replace Tires | -$600.00 |
| | - |
| | - |
| | - |
| **Appraised Value:** | **$4,844.00** |

The above vehicle condition report was prepared for the purpose of making a secured loan on said collateral. By signing below, preparer of report certifies that information regarding collateral was ascertained via visual inspection or provided and collected in good faith from owner or owner's representative. Information as to vehicle's condition has been applied with due diligence in conjunction with current publications by an experienced valuation specialist. No other representations, direct or indirect, material or immaterial, are made, assured or implied by this report of any other member of 722 staff or management.

/s/ Stephanie Smith

Collateral Valuation Services, LLC
P O Box 8361, Cincinnati, Ohio 45208
(513) 284-8539

Home / Chevrolet / Chevrolet Cruze Limited / Used 2016 Chevrolet Cruze Limited / Appraisal value

## 2016 Chevrolet Cruze Limited Value - Find Out What Your Car's Worth

Change vehicle >



Photos & Videos

- ✓ Location and Style
- ✓ Colors and Options
- ✓ Condition and Mileage
- ✓ Condition Questions
- 5  Edmunds Appraisal Report



### CarMax wants to buy your car and has made you a good offer!

**edmunds** TRADE-IN RANGE

Your offer is **$1 above** your appraised value. We see offers that are better than your appraisal 34% of the time. You should take it!

Your CarMax Offer
$4,500* a good offer



$4,499
Your appraisal value

$5,076
Outstanding

**CARMAX**

## $4,500*

2016 Chevrolet Cruze Limited
VIN: 1G1PE5SB7G7151200

PRINT OFFER

Email Offer

Offer Code: BMF56GK3
Valid until 12/31/2020

**CARMAX**
You can redeem this offer at any CarMax location. Here are your nearby locations:

YOUR STORE
⦿ CarMax Clearwater
2550 Roosevelt Boulevard
Clearwater, FL 33760
(888) 720-0696
4.33 miles away

○ Make this my store
**CarMax Tampa**
17.87 miles away

○ Make this my store
**CarMax Bradenton**
37.85 miles away

View More Locations >

## How to Redeem Your Offer

(1) Make an appointment with CarMax

Schedule an appointment >

(2) Bring in offer, vehicle and the following:

- Title (if it's not with the lien holder)**
- Valid Registration
- Valid state-issued photo ID for all titleholders
- All keys and remotes (if applicable)

(3) We'll verify the vehicle's condition and you'll leave with payment in-hand

Email Offer ✉    Print Offer 🖨

*The offer from CarMax is contingent on your providing accurate information on Edmunds.com.

CarMax will conduct an in-person verification of your vehicle and evaluate other vehicle use and history information prior to finalizing the offer. Any differences between the information you provide about your vehicle and the vehicle's actual condition, use, and history may impact the offer you receive from CarMax.

**The title must be provided at the time of sale and all titleholders should be present. If a previously paid-off lien is listed on the title, you will need both the title and lien release from the lienholder before CarMax can purchase your car.

## 🚗 Your Estimated Appraisal

As of 12/23/2020

We use data from a wide variety of sources to provide you with your estimated appraisal report. The appraised value is based on factors such as the car's year, make, model, trim, mileage, depreciation and features. This is not a firm offer on your car.

**2016 Chevrolet Cruze Limited**
1LT 4dr Sedan (1.4L 4cyl Turbo 6A)
Mileage: 106,001 (edit)
Exterior: Blue Ray Metallic (edit)
VIN: 1G1PE5SB7G7151200
Zip code: 33759

⊕ Add additional equipment to my appraisal

| $5,446 | $5,944 | $6,442 | $6,691 |
| --- | --- | --- | --- |
| Rough ⓘ | Average ⓘ | Clean ⓘ | Outstanding ⓘ |

The private-party amount is what you can expect to get for your used vehicle if you sell it on your own. This is always a higher amount than the trade-in value, but it takes more work because you'll be dealing with offers from buyers.

Private Party value

Email report

Value Based on Condition:    Average ⌄

National Base Price ⓘ    $8,107

Color Adjustment ⓘ    -$1

| | |
|---|---|
| Mileage Adjustment ⓘ | -$2,100 |
| Condition Adjustment ⓘ | N/A |
| **Average Condition Value** | **$5,944** |

We use data from a wide variety of sources to provide you with your estimated appraisal report. The appraised value is based on factors such as the car's year, make, model, trim, mileage, depreciation and features. This is not a firm offer on your car.

Hide detailed report ∧

## CarMax wants to buy your car and has made you a good offer!

**edmunds** TRADE-IN RANGE

Your offer is **$1 above** your appraised value. We see offers that are better than your appraisal 34% of the time. You should take it!

Your CarMax Offer
$4,500* a good offer

$4,499
Your appraisal value

$5,076
Outstanding

**CARMAX**

# $4,500*

**2016 Chevrolet Cruze Limited**
VIN: 1G1PE5SB7G7151200

PRINT OFFER

Email Offer

Offer Code: BMF56GK3
Valid until 12/31/2020

**CARMAX**

You can redeem this offer at any CarMax location. Here are your nearby locations:

YOUR STORE

⦿ **CarMax Clearwater**
2550 Roosevelt Boulevard
Clearwater, FL 33760
(888) 720-0696
4.33 miles away

○ Make this my store
**CarMax Tampa**
17.87 miles away

○ Make this my store
**CarMax Bradenton**
37.85 miles away

View More Locations ›