**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re

Donald Stuart Fail
aka Stuart Fail

                          CHAPTER   7
                          CASE NO.   8:20-bk-08934-CPM

      Debtor(s)
_____/

**RESPONSE TO MOTION TO REDEEM COLLATERAL REGARDING 2016 CHEVROLET CRUZE VIN: 1G1PE5SB7G7151200("PROPERTY") FILED BY SANTANDER CONSUMER USA, INC.**

    SANTANDER CONSUMER USA, INC. ("Creditor"), responds to the Motion to Redeem Collateral (Doc. No. 7) filed by the Debtor[1] and states:

    1.    The Debtor is an individual in a case under Chapter 7 of the Bankruptcy Code. As such the value with respect to personal property securing the Creditor's allowed claim shall be determined based on the **replacement value** of such property as of **the date of the filing of the petition without deduction for costs of sale or marketing**. With respect to property acquired for personal, family, or household purposes, **replacement value shall mean the price a retail merchant would charge for property** of that kind considering the age and condition of the property at the time value is determined.

    2.    Creditor is obtaining an appraisal of the subject collateral and intends to demonstrate that there is value above the prescribed value listed in the Debtor's Motion.

---

[1] All references to "Debtor" shall also apply to both Debtors seeking relief pursuant to a joint bankruptcy petition.

3. Creditor prays the Court enter an Order setting the matter for hearing and requests an opportunity to inspect and appraise the Property.

/s/ Nicole Mariani Noel
Nicole Mariani Noel
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1343
Fax:    (813) 229-3323
nmnoel@kasslaw.com
Florida Bar No. 69883

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on January 7, 2021, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 1001-2 to: Donald Stuart Fail aka Stuart Fail, 631 Fairwood Ave. #295, Clearwater, FL 33759; Carolyn Secor 2451 McMullen Booth Road, Suite 200, Clearwater, FL 33759; Angela Welch, Trustee 12191 West Linebaugh Avenue, #401, Tampa, FL 33626.

/s/ Nicole Mariani Noel
Nicole Mariani Noel (x1343)

2115944/mdm