

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/01/2021 09:30 AM

COURTROOM   8B

**HONORABLE CATHERINE MCEWEN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:20-bk-08934-CPM** | 7 | **12/07/2020** |

**Chapter 7**

**DEBTOR:**   Donald Fail

**DEBTOR ATTY:**   Carolyn Secor

**TRUSTEE:**   Angela Welch

**HEARING:**

Motion to Redeem and Attorney fees Re: 2016 Chevrolet Cruze Limited. Contains negative notice. Filed by Carolyn Secor on behalf of Debtor Donald Stuart Fail (Attachments: # [1] Exhibit Written Appraisal # [2] Exhibit Financing information) (Secor, Carolyn) Doc #7
...Response to Motion To Redeem Collateral Regarding 2016 Chevrolet Cruze VIN: 1G1PE5SB7G7151200 Filed by Nicole Mariani Noel on behalf of Creditor Santander Consumer USA, Inc. (related document(s)[7]). (Noel, Nicole) Doc #9

**APPEARANCES::**   Carolyn Secor, George Zamora

**RULING:**
Motion to Redeem and Attorney fees Re: 2016 Chevrolet Cruze Limited. Contains negative notice. Filed by Carolyn Secor on behalf of Debtor Donald Stuart Fail (Attachments: # [1] Exhibit Written Appraisal # [2] Exhibit Financing information) (Secor, Carolyn) Doc #7

...Response to Motion To Redeem Collateral Regarding 2016 Chevrolet Cruze VIN: 1G1PE5SB7G7151200 Filed by Nicole Mariani Noel on behalf of Creditor Santander Consumer USA, Inc. (related document(s)[7]). (Noel, Nicole) Doc #9

 ...Granted (payment to be made within 30 days) - Order by Secor...
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.