ORDERED.

Dated: March 05, 2021

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:  **DONALD STUART FAIL**                    CASE NUMBER: **8:20-bk-08934-CPM**
                                                  Chapter 7
Debtors
_____/

**ORDER GRANTING REDEMPTION AND APPROVAL OF FINANCING
THROUGH PRIZM FINANCIAL CO. LLC AND ATTORNEY FEE (Docket No.7)**

THIS CASE came on for hearing on March 1, 2021 upon the Debtor's Motion to Redeem personal property under 11 U.S.C. 722 (Doc. No. 7). For the reasons stated orally and recorded in open court that shall constitute the decision of this Court, it is

1. The tangible personal property described below is intended primarily for personal, family or household use of the debtor:

   2016 Chevrolet Cruze Limited, VIN # 1G1PE5SB7G7151200

2. The debt owing the Creditor Santander Consumer USA, Inc. ("Creditor"), is dischargeable consumer debt and the Debtor(s) interest in such property is exempt or has been abandoned by the estate.

3. The value of the secured claim of the Creditor for redemption purposes, the "redemption amount" is $6,150.00.

   **IT IS HEREBY ORDERED:**

**1.** That the Debtor(s) may redeem the subject property by paying the Creditor the redemption amount in certified funds on or before the thirtieth (30th) day following entry of this Order. The Debtor shall include a copy of this Order with the payment.

2. Reasonable attorney fees and financing are approved under the terms and conditions agreed upon by the parties.
3. Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record within fifteen (15) days and if a paper title exists, surrender the certificate of title by mailing it to the Debtor upon lien satisfaction. In the event that the title for this vehicle is an electronic title only, then the Creditors shall be required only to satisfy the lien.
4. In the event of the failure of the Creditor Santander Consumer USA, Inc. to so cancel its lien within fifteen (15) days after payment of aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien to be cancelled, and it is Ordered that the applicable County Clerk's Office shall cancel same of record.
5. In the event of the failure of the Debtor(s) to pay the redemption amount within thirty (30) days of entry of this Order, then upon the thirty first (31st) day, the automatic stay shall immediately terminate without need for further court order.

Attorney Carolyn Secor is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file proof of service within 3 days of entry of the order.